301 So.2d 187

**In re The QUALITY SCHOOL PLAN, INC., a corp.**

**v.**

**STATE of Alabama.**

**Ex parte The Quality School Plan, Inc., a corp.**

**SC 956.**

Supreme Court of Alabama.

Oct. 3, 1974.

T. Eric Embry, Birmingham, for petitioner.

None opposed.

FAULKNER, Justice.

Petition of The Quality School Plan, Inc., a Corporation, for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in The Quality School Plan, Inc., a Corp. v. State, 53 Ala.App. 418, 301 So.2d 183.

Writ denied.

MERRILL, HARWOOD, BLOOD-WORTH, MADDOX and JONES, JJ., concur.

■

300 So.2d 375

**QUICK SHOP, INC., a corp.**

**v.**

**George W. GIBBS et al.**

**SC 646.**

Supreme Court of Alabama.

Sept. 12, 1974.

Simmons, Torbert & Cardwell, and William D. Hudson, Gadsden, for appellant.

Lusk, Swann, Burns & Stivender, and Arthur J. Cook, Gadsden, for appellees.

COLEMAN, Justice.

Affirmed on authority of USA Oil Corporation v. City of Lipscomb, 292 Ala. 103, 300 So.2d 362, delivered this day.

Affirmed.

HEFLIN, C. J., and MERRILL, HAR-WOOD, BLOODWORTH, MADDOX and McCALL, JJ., concur.

FAULKNER and JONES, JJ., dissent.